# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                      CASE NO. 23-cr-20003-DDC/ADM

LILY CUNGHNEMCER,

        Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

### COUNT ONE

Bribery
[18 U.S.C. §201(c)(1)(A)]

Beginning from on or about December 30, 2020, and continuing until on or about March 10, 2021 in the District of Kansas, the defendant,

**LILY CUNGHNEMCER,**

directly and indirectly gave a thing of value, that is, $3,000 cash, to a public official, that is, an Internal Revenue Service (IRS) Revenue Agent, for or because of an official act performed, or to be performed, by such public official.

1

This was in violation of Title 18, United States Code, Section 201(c)(1)(A).

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ D. Christopher Oakley
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: [chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

## Count One: Bribery

- Punishable by a term of imprisonment of not more than two (2) years.  18 U.S.C. § 201(c).

- A term of supervised release of not more than one (1) year.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571.

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).